AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CECILIA L. WIMER,

      Plaintiff,

           v.

INFLATION SYSTEMS, INC.,
a Delaware Corporation,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-05-285-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendant's motion for summary judgment is Granted. Judgment is entered in favor of Defendant.

December 14, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*

Shirley Peters